IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
In Admiralty
CIVIL ACTION NO. 4:18-cv-95-FL

| | |
|---|---|
| FIRST BANK, | ) |
|         Plaintiff | ) |
| | ) |
| vs. | ) |
| | )    **JUDGMENT** |
| The Vessel CONTANGO, Official Number: 1211016, her engines, tackle, electronics and apparel, etc., <u>in rem</u> and CONTANGO SPORT FISHING, LLC and WALTER J. KUHN, JR., <u>in personam</u>, | ) |
|         Defendants | ) |

This cause was heard by the undersigned judge on motion of the Plaintiff. It appears to the Court upon Verified Complaint and Affidavit that this is an action to foreclose a preferred ship's mortgage on the vessel CONTANGO and for deficiency resulting from the sale of said vessel. It appears to the Court that personal service was had on the Defendant, Contango Sport Fishing, LLC and the vessel CONTANGO; that the Court has jurisdiction over the subject matter; that the <u>in personam</u> Defendant is a limited liability company and is therefore not under any disability and has failed to plead or appear in the time allowed by law; that default has been entered and the vessel sold and that the Defendant, Contango Sport Fishing, LLC is liable to the Plaintiff for a deficiency in the amount of $1,717,898.32.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Plaintiff have judgment against Contango Sport Fishing, LLC in the amount of $1,717,898.32.

This the 13th day of January, 2019.

_____
Honorable Louise Wood Flanagan
UNITED STATES DISTRICT JUDGE