UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| FIRST BANK, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 4:18-CV-95-FL |
| THE VESSEL CONTANGO, *Official* ) | |
| *Number: 1211016, her engines, tackle,* ) | |
| *electronics and apparel, etch in rem* ) | |
| CONTANGO SPORT FISHING, LLC *in* ) | |
| *personam,* and WALTER J. KUHN, JR*., in* ) | |
| *personam*, ) | |
|     Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on plaintiff's status report regarding service on Defendant Kuhn.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 29, 2019, that this case is dismissed for failure to obtain service of the complaint upon defendant Kuhn.

**This Judgment Filed and Entered on April 29, 2019, and Copies To:**
Stevenson L. Weeks (via CM/ECF Notice of Electronic Filing)

April 29, 2019                    PETER A. MOORE, JR., CLERK

                                       /s/ Sandra K. Collins
                                       (By) Sandra K. Collins, Deputy Clerk